UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELILAH CANDICE WRIGHT,<br><br>                    Plaintiff,<br><br>    -against-<br><br>ADMINISTRATION OF CHILDREN SERVICES; GOOD SHEPERD SERVICES; BRONX FAMILY COURT; BRONX CRIMINAL COURT; BROOKLYN CRIMINAL COURT; DEPARTMENT OF HOMELESS SERVICES; NEW YORK POLICE DEPARTMENT,<br><br>                    Defendants. | 23-CV-10381 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 14, 2024
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge